**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

October 10, 2014

Mr. Hector Cavazos
TDCJ# 1666120
Clements Unit
9601 Spur 591
Amarillo, TX 79107

Hon. Guy Williams
148th District Court
Nueces County Courthouse
901 Leopard - Room 903
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00443-CR
Tr.Ct.No.  10-CR-0847-E
Style:    In Re Hector Cavazos, Jr.

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Vincent Gonzalez (DELIVERED VIA E-MAIL)
     Hon. Mark Skurka (DELIVERED VIA E-MAIL)
     Hon. Patsy Perez, Nueces County District Clerk (DELIVERED VIA E-MAIL)
     Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
     (DELIVERED VIA E-MAIL)